```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 08137
    WILLIE LOFTON
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

        Debtor
  SSN XXX-XX-0169

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/04/2008 and was not confirmed.

    The case was dismissed without confirmation 05/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED          1287.67           .00          .00
PHH MORTGAGE SERVICES     SECURED NOT I     44322.58           .00          .00
PRO SE DEBTOR             DEBTOR ATTY            .00                        .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                          --------------       --------------
TOTALS                        .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/26/08             _____

                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```